# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

DAQUAN FLOYD,

       Plaintiff,

v.                                        Case No:   5:23-cv-110-GAP-PRL

TOP NOTCH MOBILE HOME
SERVICES, INC.,

       Defendant

## ORDER

This is an FLSA case.  *See generally* 29 U.S.C. §§ 201 to 209.   On August 25, 2023, the parties filed a joint motion to approve their settlement agreement and dismissal with prejudice (Doc. 31).   The Court finds that this is a fair and reasonable settlement of a bona fide dispute of Plaintiff's claims under the Fair Labor Standard Act and that the attorney's fees were determined in compliance with *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009).

It is, therefore **ORDERED** that said Motion (Doc. 31) is **GRANTED**.   The settlement is **APPROVED,** and this case is **DISMISSED** with prejudice.   The Clerk is directed to enter Judgment and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 28, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Party